IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KANAL V. GASTON,

        Plaintiff,

   v.

FACEBOOK, INC., et al.,

        Defendants.

No. 3:12-cv-00063-ST

OPINION AND ORDER

MOSMAN, J.,

On February 2, 2012, Magistrate Judge Stewart issued her Findings and Recommendation ("F&R") [6] in the above-captioned case, recommending that I grant the application to proceed *in forma pauperis* [1], deny the motion for appointment of counsel [3], and dismiss plaintiff's claims with leave to amend as to some named defendants. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the

1 – OPINION AND ORDER

court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation and I ADOPT the F&R [6] as my own opinion.

IT IS SO ORDERED.

DATED this __24th__ day of February, 2012.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

2 – OPINION AND ORDER